**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 1:24-cv-24471-RNS

NIGEL FRANK DE LA TORRE PARDO,

      Plaintiff,

v.

CORAL REEF PLAZA INC. and ROK
GAMING LLC D/B/A ROK ESPORTS
CENTER,

      Defendants.

_____/

## <u>JOINT NOTICE OF SETTLEMENT</u>

Plaintiff, NIGEL FRANK DE LA TORRE PARDO, and Defendant, ROK GAMING LLC

D/B/A ROK ESPORTS CENTER, hereby advise the Court that the parties have reached an

agreement in principle to settle the instant case pending execution of a Settlement Agreement. The

parties will file a Stipulation dismissing this Action as to Defendant, ROK GAMING LLC D/B/A

ROK ESPORTS CENTER, with prejudice once the settlement agreement is executed, which they

reasonably expect to do no later than twenty (20) days from the date of this Notice. Accordingly,

the Parties, respectfully request that the Court vacate all currently set dates and deadlines on this

case.

Respectfully submitted this January 3, 2025.


s/ *Anthony J. Perez*
ANTHONY J. PEREZ, ESQ.
Fla Bar No.: 535451
ANTHONY J. PEREZ LAW GROUP, PLLC
7950 W. Flagler Street, Suite 104

 /s/ *Charles E. Fombrun*
CHARLES E. FOMBRUN
Florida Bar No.: 105133
PECKAR & ABRAMSON, P.C.
One Southeast Third Avenue, Suite 2000

1

Miami, Florida 33144
Telephone: (786) 361-9909
Primary E-Mail: ajp@ajperezlawgroup.com
*Counsel for Plaintiff*

Miami, Florida 33131
PH: 305-358-2600
E-Mail:  cfombrun@pecklaw.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this January 3, 2025.

Respectfully submitted,

**ANTHONY J. PEREZ LAW GROUP, PLLC**
7950 W. Flagler Street, Suite 104
Miami, Florida 33144
Telephone: (786) 361-9909
Facsimile: (786) 687-0445
Primary E-Mail: ajp@ajperezlawgroup.com
*Counsel for Plaintiff*

/s/ *Anthony J. Perez*
ANTHONY J. PEREZ, ESQ.