United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| Nigel Frank De La Torre Pardo, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 24-24471-Civ-Scola |
| | ) | |
| Coral Reef Plaza Inc. and ROK | ) | |
| Gaming LLC d/b/a ROK Esports | ) | |
| Center, Defendants. | ) | |

## Order of Dismissal

The parties have dismissed this suit with prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Joint Stip. for Dismissal, ECF Nos. 20, 21.) The Court directs the Clerk to **close** this case. All pending motions, if any, are **denied** as moot.

**Done and ordered** in Miami, Florida, on January 17, 2025.

_____
Robert N. Scola, Jr.
United States District Judge